No. 245. BERMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Irwin L. Germaise* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore G. Gilinsky* for the United States.

No. 264. DONOVAN ET AL. *v.* CITY OF DALLAS ET AL. Petition for writs of certiorari to the Supreme Court of Texas and the Court of Civil Appeals of Texas, Fifth Supreme Judicial District, granted. Petition for writ of certiorari to the United States District Court for the Northern District of Texas denied. *James P. Donovan, pro se,* for petitioners. *H. P. Kucera* for respondents.

No. 329. HUMBLE PIPE LINE Co. *v.* WAGGONNER, SHERIFF; and

No. 354. NATURAL GAS & OIL CORP. ET AL. *v.* WAG-GONNER, SHERIFF. Court of Appeal of Louisiana, Second Circuit. Certiorari granted. *Leon O'Quin* for petitioner in No. 329. *Clyde R. Brown* and *Clarence L. Yancey* for petitioners in No. 354. *Solicitor General Cox* and *Roger P. Marquis* for the United States, as *amicus curiae,* in support of the petitions. Reported below: 151 So. 2d 575.

No. 138, Misc. ARNOLD ET AL. *v.* NORTH CAROLINA. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of North Carolina granted. Case transferred to the appellate docket. *Fred W. Harrison* and *J. Harvey Turner* for petitioners. *T. W. Bruton,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.